# Court of Appeals
# of the State of Georgia

ATLANTA,  September 27, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0320. ANTHONY R. WRIGHT v. DENISE FITZGERALD WRIGHT.**

On June 26, 2023, the trial court entered an order enforcing a settlement agreement in the divorce action between Anthony R. Wright and Denise Fitzgerald Wright and ordering the husband's counsel to pay attorney fees, pursuant to OCGA § 9-15-14. Anthony Wright filed a notice of appeal on July 27, 2023, and Denise Wright filed a motion to dismiss this appeal. We lack jurisdiction for two reasons.

First, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Wright's notice of appeal is untimely, as it was filed 31 days after entry of the order on appeal.

Second, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Thus, Wright's failure to follow the discretionary appeals procedure also deprives us of jurisdiction over this direct appeal.

Given our lack of jurisdiction, the motion to dismiss the appeal is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __09/27/2023__

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*